**SEALED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 06-113 |
| v. : | FILED |
| DONALD HUNTER : | MAY 0 1 2006 |
| : Filed Under Seal | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

**GOVERNMENT'S MOTION TO SEAL THE CRIMINAL
INFORMATION AND OTHER PLEADINGS, RECORDS,
PROCEEDINGS AND FILES, AND TO DELAY ENTRY ON
THE PUBLIC DOCKET OF THE FILING OF THIS
MOTION TO SEAL AND ALL RELATED MATTERS**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits this motion to seal the accompanying criminal information, as well as all other pleadings, proceedings, records and files in this case, including the instant motion to seal, and to delay entry on the public docket of this motion to seal and all related matters. In support of this motion, the government states as follows:

The defendant is related to a twelve (12) defendant case, U.S. v. Jones et. al., Criminal Number 05-386, currently assigned to the Honorable Ellen Segal Huvelle, United States District Judge for the District of Columbia. The charged information carries a mandatory minimum period of incarceration of ten years.

The sealing is necessary because the Information, plea letter, and other future pleadings contain sensitive information the disclosure of which would not be in the interest of the government or the public. Based on the nature of the ongoing criminal investigation, the government submits that public disclosure of the Information would likely compromise the Jones, et. al criminal investigation by placing the personal safety of the defendant and innocent third parties at substantial risk; this factor is particularly important in this instance because violent reprisals are common to

major criminal violators in general.

It is common practice for individuals associated with criminal organizations to check the public record in the Criminal Clerk's office to ascertain whether the government has filed any pleadings under seal in cases against former associates. Consequently, public notice of the filing of the sealed pleadings or proceedings itself is likely to create a substantial risk to the personal safety of the defendant and his family.

Accordingly, the government submits that these facts present an extraordinary situation and a compelling governmental interest which justify not only the sealing of the criminal Information and all other pleadings, records, proceedings, and files in this case, but also a delay in the public docketing of the filing of these sealed pleadings and the accompanying order until (1) the substantial risk to the safety of the cooperating individual and his family has past ; and (2) the government represents that it can continue its criminal investigation without substantial risk that it would be jeopardized due to the public docketing of the fact that sealed pleadings have been filed in this case. See Washington Post v. Robinson, 935 F.2d 282, 289 (D.C. Cir. 1991).

WHEREFORE, it is respectfully requested that this motion be granted.

Respectfully submitted,

KENNETH L. WAINSTEIN
D.C. Bar # 451058
United States Attorney

RACHEL CARLSON LIEBER
ASSISTANT UNITED STATES ATTORNEY
Organized Crime and Narcotics Trafficking Section
D.C. Bar No. 456-491
555 4th Street, N.W., Room 4820
Washington, D.C. 20503
(202) 353-8055