

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FILED

MAY 0 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.    06 - 113 |
| | : | |
| v. | : | |
| | : | |
| DONALD HUNTER | : | |
| | : | **Filed Under Seal** |

## ORDER

Based on the representations in the government's motion to seal the Information and other pleadings, records, proceedings and files and to delay entry on the public docket of the filing of this motion to seal, this Court makes the following:

## FINDINGS OF FACT

The government has investigated the Jones, et. al, defendants in a long-term criminal investigation involving multiple targets, in which this defendant has agreed to cooperate.

The defendants' discovery of this cooperation would pose a substantial risk to the personal safety of the cooperating witness and his family.

The public docketing at this time of the Information and other pleadings, records, proceedings to delay entry on the public docket of the filing of this motion to seal, as well as the Order granting such motion will likely jeopardize the personal safety of the cooperating individual and his family.

Based on the representations in the government's motion, Post v. Robinson, 935 F.2d 282, 289 n. 10 (D.C. Cir. 1991), and this Court's findings of facts, the Court finds that there is a compelling governmental interest in sealing the Information, pleadings, records and files in this case and that an extraordinary situation exists which justifies a delay in the public docketing of any notice

that the government's motion and this Order have been filed with the Criminal Clerk's office under

seal.

Based on the above, it is this __1__ day of __May__, 2006,

**ORDERED** that this Order, and the attached government motion to seal the Information, and

other pleadings, recordings, proceedings, and files and to delay entry on the public docket of the

filing of this motion to seal, shall be filed under seal in the Criminal Clerk's office until further order

of this Court.

It is further **ORDERED** that the Information, all proceedings and all pleadings, records and

files in this case shall be placed under seal by the Criminal Clerk's office until further order of this

Court.

It is further **ORDERED** that the Criminal Clerk's office shall not make any entry on the

public docket in this case of the government's motion to seal and the Order granting such motion,

and other pleadings filed under seal in this case until further order of this Court.

It is further **ORDERED** that notwithstanding the other provisions of this ORDER, the

government shall be permitted to request a transcript of any plea proceedings that may occur in this

case, the Court Reporter shall be permitted to prepare such a transcript and provide it to the

government, and there may be a limited lifting of this sealing order to allow the government to

comply with noticing and publishing requirements to effectuate any consent order of forfeiture that

may be filed as part of this case.

_5/1/06_
Date

_Ellen S. Huvelle_
United States District Judge