AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

**DISTRICT OF** Columbia

**FILED**
MAY 19 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

Donald Hunter

**WAIVER OF INDICTMENT**

CASE NUMBER: 06-113

I, Donald Hunter, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 5/19/06 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Donald A. Hunter
Defendant

Counsel for Defendant

Before Alan Kay
Judicial Officer