## PROFFER

United States v. Donald Hunter
Criminal Number 06-113 (ESH)

FILED

MAY 19 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

From in or about sometime in at least 2003, and continuing thereafter up to and including October 14, 2005, within the District of Columbia and elsewhere, the defendant, Donald Hunter, knowingly and intentionally conspired and agreed with Antoine Jones, and a number of persons known and unknown to the government, to distribute and to possess with the intent to distribute cocaine within the District of Columbia, the State of Maryland, and elsewhere. Sometime in 2003, Donald Hunter began to receive wholesale quantities of cocaine hydrochloride from Antoine Jones, usually in the District of Columbia or Maryland. Hunter would usually cut and repackage the cocaine for sale to customers of his own. At times, Hunter also observed other drug customers engage in narcotics transactions with Jones.

On October 14, 2005, when law enforcement officers stopped Hunter in his Jeep Grand Cherokee at the corner of 12th Street and Linden Place, Northeast, Washington, D.C., they found approximately 48 grams of cocaine hydrochloride, and a handgun. The cocaine recovered had been supplied to Hunter by Jones, and the gun was his. During the course of his relationship with Jones, the quantity of cocaine Hunter purchased from Jones exceeded 15 kilograms but was less than 50 kilograms.

This proffer is limited in nature and is intended solely to provide a sufficient factual basis for the guilty plea. It does not comprise all of the defendant's criminal conduct known to the government.

_____
Donald Hunter
Defendant

_____
Bernard S. Grimm, Esq.
Attorney for Defendant

_____
Rachel Carlson Lieber
John V. Geise
Assistant United States Attorneys