UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | :  Criminal No 06-113 ESH |
| DONALD HUNTER | : |

**NOTICE**

FILED
DEC 20 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SEALED

Undersigned counsel submits notice of his change of address to the Court and the Parties in this matter.

Respectfully submitted,

_____
BERNARD S. GRIMM
Cozen O'Connor
The Army and Navy Club Building
1627 I Street, NW
Suite 1100
Washington, D.C. 20006
Telephone (202) 912-4800
Facsimile 877-260-9435
Email: BGrimm@cozen.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was mailed first class, postage prepaid this 20th day of December, 2007 to:

Rachel Carlson-Lieber, Esq.
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

_____
BERNARD S. GRIMM

RECEIVED
DEC 20 2007
NANCY MAYER WHITTINGTON
U.S. DISTRICT COURT