**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. CR-06-113 |
| v. | : | (ESH) |
| | : | FILE UNDER SEAL |
| DONALD HUNTER | : | |

**MOTION TO CONTINUE SENTENCING**

Mr. Hunter, through counsel, respectfully moves this Court to continue the sentencing of March 7, 2008 in the above-captioned case.

As grounds for this motion, counsel would state the following:

1. On the selected sentencing date counsel is scheduled to be at conference in Miami, Florida.

2. Counsel would respectfully ask the Court to continue Mr. Hunter's sentencing to any date three weeks following the March 7, 2008 sentencing date.

3. Counsel spoke with the defendant, Donald Hunter and Rachel Carlson Leiber and informed them of this motion. Mr. Hunter consents and the government has no objection to the continuance.

WHEREFORE, for these reasons and any other reasons deemed meritorious by this Court, counsel would respectfully request that this motion be granted.

Respectfully submitted,

\_\_\_\_\_/s/_____
BERNARD S. GRIMM
Cozen O'Connor
1627 I Street, NW, Suite 1100
Washington, DC 20006
202-912-4800

**CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing Motion was mailed, first-class, postage prepaid this 1st day of February 2008 to:

        Rachel Carlson Lieber, Esq.
        Assistant United States Attorney
        555 4th Street, N.W.
        Washington, DC 20530


                              /s/
                          BERNARD S. GRIMM

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA** :
: Case No. CR-06-113
v. : (ESH)
: FILE UNDER SEAL
**DONALD HUNTER** :

**ORDER**

UPON CONSIDERATION of counsel's **MOTION TO CONTINUE SENTENCING DATE;** it is hereby

ORDERED this _____ day of _____, 2008 that defendant's motion is GRANTED; it is further

ORDERED that the sentencing is now scheduled for this _____ day of _____, 2008 at _____ a.m./ p.m.

_____
THE HONORABLE ELLEN S. HUVELLE
JUDGE, U.S. DISTRICT COURT

Cc: Bernard S. Grimm, Esq.
Cozen O'Connor
1627 I Street, NW
Washington, DC 20006

Rachel Carlson Leiber, Esq.
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530