**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

FEB 0 5 2008

UNITED STATES OF AMERICA :

                      :     **Case No. CR-06-113**

      v.          :     **(ESH)**

                      :     **FILE UNDER SEAL**

**DONALD HUNTER**     :

NANCY MAYER WHITTINGTON, CLERK
U S DISTRICT COURT

**ORDER**

UPON CONSIDERATION of counsel's **MOTION TO CONTINUE**

**SENTENCING DATE**; it is hereby

ORDERED this _4_ day of _February_ , 2008 that defendant's motion

is GRANTED; it is further that the March 7 sentencing date is vacated, and

ORDERED that the sentencing is now scheduled for this _28_ day of

_March_, 2008 at _12:00_ ~~a.m.~~/ p.m.

_Ellen S Huck_

THE HONORABLE ELLEN S. HUVELLE
JUDGE, U.S. DISTRICT COURT

Cc:    Bernard S. Grimm, Esq.
        Cozen O'Connor
        1627 I Street, NW
        Washington, DC 20006

        Rachel Carlson Leiber, Esq.
        Assistant United States Attorney
        555 4th Street, NW
        Washington, DC 20530