HONORABLE ELLEN SEGAL HUVELLE, UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

# FILED

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Docket No.: 06-CR-113** |
| | : | |
| vs. | : | SSN: |
| | : | |
| **HUNTER, Donald** | : | **Disclosure Date: January 22, 2008** |

**MAR 2 8 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)

(✗)  There are no material/factual inaccuracies therein.

(  )  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____        **2.5-2008**
**Prosecuting Attorney**                                **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)

(✓)  There are no material/factual inaccuracies therein.

(  )  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

Donald Hunter   1-29-08                      _____   1/31/08
**Defendant**          **Date**              **Defense Counsel**      **Date**

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **February 5, 2008**, to U.S. Probation Officer **Kelli Cave**, telephone number **(202) 565-1357**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

## FOR THE COURT

**By:**    Gennine A. Hagar, Chief
           United States Probation Officer